IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEMETRIUS L. SPRINGS,

    Plaintiff,

vs.                                         CASE NO. 4:12-cv-136-SPM/CAS

NURSE GRIFFIS, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 4). Plaintiff filed objections (doc. 5). Upon consideration, and despite Plaintiff's objections, I have determined that the Report and Recommendation is correct and should be adopted.

Plaintiff did not pay the filing fee and is not entitled to proceed *in forma pauperis*. A prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915 if on three or more occasions, while incarcerated or detained, he has brought an action that was dismissed as frivolous, malicious, or that failed to state a claim, unless the prisoner is under imminent danger of serious physical injury. Plaintiff has had three or more actions dismissed on the above-referenced grounds. Moreover, he has failed to demonstrate that there is an imminent threat of serious physical injury, and he is therefore not entitled to

proceed *in forma pauperis*.  Accordingly, it is

ORDERED and ADJUDGED:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is **adopted** and incorporated by reference into this order.

2. This case is **dismissed** without prejudice because Plaintiff failed to pay the filing fee and is not entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g).

3. The clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this 16th day of May, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge